UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYLER HARRIS,<br><br>    Plaintiff<br><br>v.<br><br>LOS ANGELES COUNTY,<br><br>    Defendant | Case No.: 2:25-cv-00231-APG-BNW<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 6] |

On February 11, 2025, Magistrate Judge Weksler recommended that I dismiss this case for improper venue because it is apparent from the amended complaint that the actions about which plaintiff Tyler Harris complains occurred in California. ECF No. 6.  Harris objects, arguing that the "majority of the offenses happened in Nevada as [he] escaped to Nevada for his safety." ECF No. 7 at 3.

The amended complaint states that Los Angeles County prosecuted him, had him thrown in "psyche ward[s]," and drugged him. ECF No. 5 at 2.  Nothing in the complaint or the amended complaint suggests that anything happened in Nevada, except that Harris now lives in Nevada. That is insufficient to support venue in this court. *See* 28 U.S.C. § 1391(b).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 6) is accepted, and plaintiff Tyler Harris's amended complaint (ECF No. 5) is DISMISSED for improper venue.  This dismissal is without leave to amend in this court, but without prejudice to plaintiff pursuing his claims in an appropriate court.  The clerk of court is instructed to close this case.

DATED this 27th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE